UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Laidi Reyes                          and
Carlos Roberto Reyes            and
Victor Manuel Sanchez,

                    Plaintiffs,

      -against-

Tru by Mur, Inc.                    and
Igor Fazylov,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/27/2023__

22 Civ. 8599 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      In their proposed case management plan, the parties indicate that they consent to conducting all further proceedings before a magistrate judge. ECF No. 22 at ¶ 1. Accordingly, by **March 6, 2023**, the parties shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. *See* ECF No. 10.

      SO ORDERED.

Dated: February 27, 2023
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge