UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAIDI REYES, CARLOS ROBERTO REYES, and VICTOR MANUEL SANCHEZ,

                      Plaintiffs,

-v-

TRU BY MUR, INC. and IGOR FAZYLOV,

                      Defendants.

CIVIL ACTION NO.: 22 Civ. 8599 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 24). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Wednesday, March 8, 2023, at 12:00 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:     New York, New York
            February 28, 2023

                                              SO ORDERED.

                                              _____
                                              SARAH L. CAVE
                                              United States Magistrate Judge